**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: julia.patten@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

**FILED**

JUL 25 2022

Clerk, U.S. Courts
District Of Montana
Billings Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES KELLY CHAVEZ, <br><br> Defendant. | CR 22- 75 -BLG- DLC <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> (Count 1) <br> Title 21 U.S.C. § 846 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> (Count 2) <br> Title 21 U.S.C. § 841(a)(1) and <br> Title 18 U.S.C. § 2 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |

1

|  | CRIMINAL FORFEITURE<br>Title 21 U.S.C. § 853(a)(1) and (2)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in July 2021 and continuing until on or about October 14, 2021, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, JAMES KELLY CHAVEZ, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

That beginning in July 2021 and continuing until on or about October 14, 2021, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, JAMES KELLY CHAVEZ, knowingly and unlawfully possessed, with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

Upon conviction of either offense set forth in counts 1 and 2 of this indictment, the defendant, JAMES KELLY CHAVEZ, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
TIMOTHY J. RACICOT
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X_____
Bail: _____

3